UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Ernest Carrillo,<br><br>        Plaintiff,<br><br>v.<br><br>Southwest Credit Systems, L.P.; and DOES 1-10, inclusive,<br><br>        Defendant. | No.  CV-11-00315-PHX-GMS<br><br>**ORDER** |

Pursuant to the parties' Joint Stipulation for Dismissal with Prejudice (Doc. 14), and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this action in its entirety with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 26th day of May, 2011.

_____
G. Murray Snow
United States District Judge